# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0174

_____

KELVIN A. MUTCH, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Madison County.
Wesley Douglas, Judge.

March 4, 2025

PER CURIAM.

DISMISSED as untimely.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob Grollman of Grollman Law P.A., Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.